# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134621

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 134621
COA: 276250
Wayne CC: 05-009858-01
             06-001419-01

FREDDY LANAR HARDRICK,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the June 19, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

_____
Clerk

11217